FILE COPY

No. 07-14-00390-CR

| April Hope Gallardo | § | From the 64th District Court |
| Appellant | | of Castro County |
| | § | |
| v. | | March 27, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 27, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o